# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| FRONTIER COMMUNICATIONS COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BARRETT PAVING MATERIALS, INC., et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-00113-GZS<br>)<br>)<br>)<br>)<br>) |

## LIST OF EXHIBITS TO DEFENDANT CENTERPOINT ENERGY RESOURCES CORP.'S MOTION FOR SUMMARY JUDGMENT

| TAB | DESCRIPTION |
|---|---|
| A | City of Bangor v. Citizens Communications Company; 437 F.Supp2d 180 |
| B | Form Management Contract |
| C | Form Engineering Contract |
| D | Official Report Before the Securities and Exchange Commission File 37-30 |
| E | Annual Report Of The Directors of American Gas and Power Company 1932 |
| F | Annual Report Of The Directors of American Gas and Power Company 1935 |
| G | Annual Report of American Gas and Power Company 1940 |
| H | Annual Report Bangor Gas Light Company To The Public Utilities Commission of Maine 1932 |
| I | Annual Report Bangor Gas Light Company To The Public Utilities Commission of Maine 1935 |
| J | Unpublished Opinions |
| K | Annual Report Bangor Gas Light Company To The Public Utilities Commission of Maine 1920 |

ATI-2370917v1

- 2 -

| L | Annual Report Bangor Gas Light Company To The Public Utilities Commission of Maine 1938 |
|---|---|
| M | Annual Report Bangor Gas Light Company To The Public Utilities Commission of Maine 1941 |