UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **FRONTIER COMMUNICATIONS CORPORATION,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.  07-113-B-S |
| ) | |
| **BARRETT PAVING MATERIALS, INC., et al,** ) | |
| ) | |
| **Defendants** ) | |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 165) filed September 23, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Docket No. 110) is **DENIED** without prejudice to its right to renew the motion following the close of discovery.  It is also **ORDERED** that the Motion for Discovery (Docket No. 139) filed by the Railroad Defendants is **MOOTED**.

　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal       
　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 15th day of October, 2009.