UNITED STATES DISTRICT COURT
STATE OF MAINE

| | |
|---|---|
| FRONTIER COMMUNICATIONS COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 07-cv-113 |
| BARRETT PAVING MATERIALS, INC., et al., | ) ) |
| Defendants. | ) ) ) |

**LIST OF EXHIBITS TO DEFENDANT UGI UTILITIES, INC.'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit # | Document |
|---|---|
| A | Recommended Decision of Magistrate Kravchuk on CenterPoint's Mot. for Summ. J. (Doc. No. 152). |
| B | Documents regarding Frontier's merger with Bangor Gas Light Company (BAN 00492-00499) |
| C | Index of CD documents:<br><br>(1) BGLC annual reports to MPUC (1915 - 1928);<br><br>(2) produced to Frontier by UGI (UGIII0001-UGIII0480); and<br><br>(3) produced to UGI by Frontier in October of 2008 in response to Magistrate Kravchuk's Report of Conference of Counsel and Order dated October 17, 2008 (Doc. No. 87; F00001-F003079).<br><br>A copy of all these documents is provided under separate cover simultaneously with this motion as a CD for the Court's reference. |
| D | By-Laws of the Bangor Gas Light Company (obtained from Maine PUC) |
| E | Order Approving Recommended Decision of Magistrate Kravchuk on CenterPoint's Mot. Summ. J. (Doc. No. 164). |
| F | City of Bangor 1852 Minutes relating to gas company drain to Penobscot River. (BGR00233) |
| G | AGCNJ Letter to Stockholders dated April 1, 1902. (UGIII0165) |
| H | 1925 Report Performance Test of a Coal Gas Plant (MID 00222 to 00264) |
| I | Selected BGLC Annual Public Utility Commission Reports 1915, 1916, 1924, 1925, 1927, 1928 |

|   |   |   |
|---|---|---|
| | J | Selected BGLC statements of financial audit<br>- 1902 - UGIII0245<br>- 1903 - UGIII0249<br>- 1904 - UGIII0257<br>- 1912 - UGIII0210<br>- 1915 - UGIII0215<br>- 1918 - UGIII0219<br>- 1924 - UGIII0226<br>- 1925 - UGIII0229<br>- 1926 - UGIII0231 |
| | K | <u>Con Ed</u> Summary Judgment Argument Transcript (Oral Argument pp. 1-47 and Ruling pp. 47-50). |
| | L | January 1, 1927 Agreement between Bangor Gas Light Company and UGI (UGIII0341 - UGIII0365). |