## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| FRONTIER COMMUNICATIONS COMPANY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARRETT PAVING MATERIALS, INC., et al., )<br>Defendants. | Civil Action No. 07-cv-113 |

**DEFENDANT UGI UTILITIES INC.'S AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendant, UGI Utilities, Inc. ("UGI") files this amended motion for summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Judge Kravchuks' order of August 10, 2010.[1] Since there is no genuine issue of fact in dispute, UGI Utilities, Inc. is entitled to judgment as a matter of law with respect to the claims that Plaintiff Frontier Communications Company ("Frontier") has made against it.[2]

                                            Respectfully submitted,

                                            UGI Utilities, Inc.

                                            By and through its attorneys,

                                            Nelson, Kinder, Mosseau & Saturley, PC

Dated: August 30, 2010                             \_\_\_\_Christopher D. Hawkins  (#004047)\_
                                            E. Tupper Kinder, Esquire
                                            Christopher D. Hawkins, Esquire (#004047)
                                            NELSON, KINDER, MOSSEAU & SATURLEY, PC
                                            99 Middle Street
                                            Manchester, New Hampshire 03101
                                            (603) 647-1800

                                            And

---

[1] UGI's amended motion is the same as its original Motion for Summary Judgment and Memorandum in Support thereof (Document #172) except for a few modifications which incorporate the arguments which UGI included in its Reply to Frontier's Opposition (Document #188). To the extent the Court may find it helpful, UGI would be pleased to provide a version showing the changes that have been made. The Stat. of Mat. Facts Not in Dispute has not changed.

[2] The court has granted a similar motion to co-defendant CenterPoint Energy Resources Corporation on similar grounds. (Ex. A)

s/ Jay N. Varon, Esq.
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
(202) 672-5300
jvaron@foley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 30, 2010 a true copy of the foregoing **UGI Utilities Inc.'s Amended Motion for Summary Judgment** was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      _____s/ Christopher D. Hawkins_____
                                                      Christopher D. Hawkins, Esquire